UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt

IN RE:

GREGORY J. CASAMENTO

        Debtor(s)                Chapter 13

                                     Case No. 21-16504

OBJECTION OF BANK OF AMERICA, N.A.
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF

      BANK OF AMERICA, N.A. and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the Confirmation of the Chapter 13 Plan proposed by the Debtor(s):

      1.  This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 14218 Oxford Drive, Laurel, MD 20707; the promissory note and deed of trust were attached to the proof of claim filed by the secured creditor.

      2.  The debtor(s) are due estimated pre-petition arrears of $57,007.32.

      3.  The proposed Chapter 13 plan does not provide this objecting Secured Creditor with adequate protection or adequate security, according to Sections 362 and 1325 (a) of the Code.

      4.  Further, the Plan is inadequately funded, in that the plan base is less than this Creditor's claim.

      5.  The plan does not propose to pay the Secured Creditor's entire estimated claim in that the arrears are listed in the amount of $40,000.00 and this Creditor's claim will be filed in the estimated amount of $57,007.32.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtor(s) must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by the Debtor(s) be denied.

WHEREFORE, secured creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied.

2. For attorney's fees and costs incurred herein.

3. For dismissal of the Chapter 13 proceeding.

4. For such other relief as this Court deems proper.


Dated: October 29, 2021_____

        Respectfully submitted
        BANK OF AMERICA, N.A.

        By Counsel:

        /s/Randa S Azzam

        _____
        William M. Savage, Esquire
        Gregory N. Britto, Esquire
        Malcolm B. Savage, III, Esquire
        Randa S Azzam, Esquire
        LOGS Legal Group LLP
        10021 Balls Ford Road, Suite 200
        Manassas, Virginia 20109
        (703) 449-5800
        ecf@logs.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of November, 2021 the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| James R. Logan | Debtor's Attorney |
| James R. Logan P.A. | |
| 2419 Maryland Avenue | |
| Baltimore, MD 21218 | |

| | |
|---|---|
| Timothy P. Branigan | Chapter 13 Trustee |
| 9891 Broken Land Parkway | |
| Suite 301 | |
| Columbia, MD 21046 | |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Gregory J. Casamento | Debtor(s) |
| 14218 Oxford Drive | |
| Laurel, MD 20707 | |

/s/Randa S Azzam

William M. Savage, Esquire
Federal I.D. Bar No. 06335
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
LOGS LEGAL GROUP LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
logsecf@logs.com     19-280521