UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

IN RE:                                          BCN#: 21-16504
GREGORY J. CASAMENTO                             Chapter: 13

_____Debtor_____
BANK OF AMERICA, N.A.
or present noteholder,

        Movant/Secured Creditor,
v.
GREGORY J. CASAMENTO
        Debtor


PRAECIPE

THE CLERK WILL PLEASE note, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

1.   The undersigned is counsel of record for BANK OF AMERICA, N.A., a secured creditor of the above referenced Debtor(s) whose debt is secured by real property.

2.   Counsel requests that the Objection to Confirmation of Plan filed in this court on November 1, 2021, concerning the above mentioned Debtor be withdrawn.


By Counsel

/s/Randa S Azzam
_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
LOGS LEGAL GROUP LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
logsecf@logs.com      19-280521

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December, 2021 the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

James R. Logan                                           Debtor's Attorney
James R. Logan P.A.
2419 Maryland Avenue
Baltimore, MD 21218

Timothy P. Branigan                                     Chapter 13 Trustee
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046

Via First Class Mail, Postage Prepaid:

Gregory J. Casamento                                    Debtor(s)
14218 Oxford Drive
Laurel, MD 20707

                    __/s/Randa S Azzam_____
                    William M. Savage, Esquire
                    Federal I.D. Bar No. 06335
                    Malcolm B. Savage, III, Esquire
                    Federal I.D. Bar No. 20300
                    Randa Azzam, Esquire
                    Federal I.D. Bar No. 22474
                    Gregory N. Britto, Esquire
                    Federal I.D. Bar No. 22531
                    LOGS LEGAL GROUP LLP
                    10021 Balls Ford Road, Suite 200
                    Manassas, Virginia 20109
                    (703) 449-5800
                    logsecf@logs.com      19-280521