```
Case Number:   21-16504

21-16504|DSI Consulting |500 W. Cypress Creek Road, Suite 400|Fort Lauderdale, FL 33309-6156| |||
21-16504|Par Funding |20 N. 3rd Street|Philadelphia, PA 19106-2118| |||
```