In the United States Bankruptcy Court
For the District of Maryland

In Re: Gregory J. Casamento                     Case No. 21-16504
                                                Chapter 13
    Debtor(s)

\* \* \* \* \* \* \* \* \* \* \* \*

Bank of America, N.A. or present
noteholder

    Movant (s)

V.

Gregory J. Casamento Blake (debtor)
Jennifer Lee Casamento (co-debtor)
    Debtor(s)

\* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO MOTION TO LIFT AUTOMATIC STAY

Now comes the Debtor(s), Gregory J. Casamento, by his attorney, James R Logan, and says in answer to the Motion for Relief from Automatic Stay filed by the Movant(s):

1. The Debtor(s) admits to the allegations contained in paragraphs 1 through 3 and 12.

2. The Debtor(s) denies the allegations contained in paragraphs 7, 9, 10 and 11.

3. The allegations contained in paragraphs 4, 5, 6, and 8 require no response.

Wherefore, the Debtor respectfully requests that Movant's motion be denied.

                                                /S/ James R. Logan
                                                James R. Logan
                                                Attorney for the Debtor
                                                2419 Maryland Ave.
                                                Baltimore, MD 21218
                                                (410) 243-1508

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY was sent electronically via CM ECF to the parties below on May 10, 2022 to:

```
Timothy P. Branigan, Trustee
Via cmecf@chapter13maryland.com

Randa S. Azzam, Esq.
Via logsecf@logs.com
```

        /S/ James R. Logan  
      James R. Logan