United States Bankruptcy Court
District of Maryland

In re:                                                                                          Case No. 21-16504-LSS
Gregory J. Casamento                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: pdfall | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory J. Casamento, 14218 Oxford Drive, Laurel, MD 20707-5852 |
| 31917061 | + | BANK OF AMERICA, N.A, LOGS Legal Group LLP, 10021 Balls Ford Road, Suite 200, Manassas, VA 20109-2666 |
| 31953318 | + | DSI Consulting, 500 W. Cypress Creek Road, Suite 400, Fort Lauderdale, FL 33309-6156 |
| 31910595 | + | DreamHome Remodeling, 8000 Forbes Place Suite 101, Springfield, VA 22151-2203 |
| 31910596 | + | Hsbc Bank Usa, N.A., 2929 Walden Ave, Depew, NY 14043-2690 |
| 31910598 | | Main Street Merchant Services Inc., c/o Zachter PLLC, 2 University Plaza Suite 205, Hackensack, NJ 07601-6211 |
| 31910602 | + | Oakpointe Homeowners Association, c/o Lawrence I. Wachtel, Esq., 1401 Rockville Pike, Suite 560, Rockville, MD 20852-1434 |
| 31953317 | + | Par Funding, 20 N. 3rd Street, Philadelphia, PA 19106-2118 |
| 31910603 | + | Sst/Eloan, 4315 Pickett Road, St Joseph, MO 64503-1600 |
| 31910605 | + | U.S. Department of Housing and Urban Developm, 451 7th Street S.W, Washington, DC 20410-0002 |
| 31954408 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 31910589 | + | Email/Text: g20956@att.com | Jul 22 2022 19:14:00 | AT&T Mobility, ONE AT&T WAY, SUITE 3A104, Bedminster, NJ 07921-2693 |
| 31943451 | + | Email/Text: g20956@att.com | Jul 22 2022 19:14:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 31910588 | + | Email/Text: ebn@amcollect.com | Jul 22 2022 19:13:00 | American Collections E, 205 S Whiting St Ste 500, Alexandria, VA 22304-3632 |
| 31910590 | + | Email/Text: BGEBankruptcy@BGE.com | Jul 22 2022 19:13:00 | BGE, PO Box 1475, Baltimore, MD 21203-1475 |
| 31923731 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 22 2022 19:13:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 31910591 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2022 19:16:34 | Cap One, Po Box 85015, Richmond, VA 23285-5075 |
| 31910593 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 22 2022 19:13:00 | Comptroller of MD, 301 W. Preston St #409, Baltimore, MD 21201 |
| 31911400 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 22 2022 19:13:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 31910592 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 22 2022 19:13:00 | Carrington Mortgage, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 31910594 | + | Email/Text: cscbk@creditservicecompany.com | Jul 22 2022 19:13:00 | Credit Service Co, Po Box 1120, Colorado Springs, CO 80901-1120 |
| 31910597 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2022 19:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0416-0          User: admin          Page 2 of 3

Date Rcvd: Jul 22, 2022          Form ID: pdfall          Total Noticed: 35

| Recip ID | | Notice Type | Email/Text Address | Date/Time | Name and Address |
|---|---|---|---|---|---|
| 31910601 | + | Email/Text: | mvabankruptcynotices@mdot.maryland.gov | Jul 22 2022 19:13:00 | MVA, 6601 Ritchie Hwy, Glen Burnie, MD 21062-0001 |
| 31910600 | + | Email/Text: | EDI@CACIONLINE.NET | Jul 22 2022 19:13:00 | Midwst Rcvry, 514 Earth City Plaza Suite 100, Earth City, MO 63045-1303 |
| 31916835 | + | Email/Text: | ext_ebn_inbox@navyfederal.org | Jul 22 2022 19:14:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 31946700 | + | Email/Text: | JCAP_BNC_Notices@jcap.com | Jul 22 2022 19:14:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 31911401 | + | Email/Text: | bdept@mrrlaw.net | Jul 22 2022 19:13:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 31913840 | | Email/PDF: | resurgentbknotifications@resurgent.com | Jul 22 2022 19:27:11 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 31910599 | | Email/Text: | ccubankruptcy.notices@maryland.gov | Jul 22 2022 19:13:00 | MD CCU, 300 W. Preston St, Baltimore, MD 21201 |
| 32005206 | | Email/Text: | ccubankruptcy.notices@maryland.gov | Jul 22 2022 19:13:00 | State of Maryland Central Collection Unit, 300 West Preston Street, Room 500, Baltimore, MD 21201 |
| 31911402 | + | Email/Text: | UIBankruptcyNotices.DLLR@maryland.gov | Jul 22 2022 19:14:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 31931119 | + | Email/Text: | bankruptcy@bbandt.com | Jul 22 2022 19:13:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 31930619 | + | Email/Text: | documentfiling@lciinc.com | Jul 22 2022 19:13:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 31910606 | + | Email/PDF: | ebn_ais@aisinfo.com | Jul 22 2022 19:16:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 31994478 | + | Email/Text: | Bankruptcy@wsscwater.com | Jul 22 2022 19:14:00 | Washington Suburban Sanitary Commission, 14501 Sweitzer Lane, Laurel, MD 20707-5901 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31910604 | | Tea Olivew |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2022          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James R. Logan | jamesrloganpa@gmail.com  myecfjameslogan@gmail.com,5187@notices.nextchapterbk.com |
| Malcolm Brooks Savage | LOGSECF@logs.com |
| Randa S Azzam | logsecf@logs.com  logsecf@logs.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 4

Entered: July 22nd, 2022
Signed: July 22nd, 2022

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(at Greenbelt/Baltimore)

In re:                                    :
                                          :
**GREGORY J. CASAMENTO,**                 :    Case No. **21-1-6504-LS**
                                          :    Chapter 13
                     Debtor(s).           :
                                          :

## ORDER CONFIRMING PLAN

The plan under chapter 13 of the Bankruptcy Code having been transmitted to creditors and it have been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. § 1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code it is hereby:

ORDERED, that the plan of the Debtor filed **JUNE 17, 2022** is hereby confirmed; and it is further

ORDERED, that the property of the estate shall not vest in the Debtor(s) until the Debtor(s) is/are granted a discharge or this case is dismissed or otherwise terminated; and it is further

ORDERED, that the Debtor(s) is/are directed to pay to the Trustee on or before the **15TH** day of each month, the sum of **$5,400.00** total for months **1** through **8,** the sum of **$900.00** monthly for months **9** through **12,** the sum of **$1,500.00** monthly for months **13** through **24**, and the sum of **$6,420.00** monthly for months **25** through **60**, for a total period of **60** months.

- 1 -

ORDERED, that the Debtor(s) is/are directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

ORDERED, that the Debtor(s) is/are directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the debtor(s) that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the debtor(s)' income, (b) the identity of any person responsible with the debtor(s) for the support of any dependent, and (c) the identity of any person who contributed, and the amount contributed, to the household in which debtor(s) resides.

TRUSTEE RECOMMENDATION
The Chapter 13 Trustee represents
that the plan complies with the
provisions of 11 U.S.C. § 1325 and
recommends confirmation

_____/s/ Timothy P. Branigan_____
Timothy P. Branigan
Chapter 13 Trustee

cc:    All Creditors
       Debtor(s)
       Debtor(s)' Counsel
       Chapter 13 Trustee

**END OF ORDER**

- 2 -