UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

IN RE:  BCN#: 21-16504
Gregory J. Casamento  Chapter: 13
    Debtor
and

BANK OF AMERICA, N.A.
    Movant

**MOTION FOR AUTHORITY TO MODIFY THE TERMS OF AN EXISTING SECURED LOAN FOR REAL PROPERTY AND NOTICE OF OPPORTUNITY TO OBJECT**

COMES NOW, Bank of America, N.A. (the "Movant"), by counsel, and files this Motion for Authority to Modify Existing Mortgage and seeks Court authority to modify the terms of the Deed of Trust and Promissory Note with a Partial Claims Mortgage (hereinafter referred to as the "Agreement") in order to care for $24,851.73 consisting of mortgage payments in forbearance due to the COVID-19 pandemic and submits the following information regarding the modified loan::

1. The Debtor has ownership interest in real property located at 14218 Oxford Drive, Laurel, MD 20707 (the "Property").

2. The Property is encumbered by a deed of trust lien, which deed of trust secures the payment of a promissory note to Movant.

3. Upon information and belief, Debtor desires to modify the terms of the deed of trust and promissory note with the Movant with a Promissory Note and Partial Claims Mortgage (hereinafter collectively referred to as the Modification Agreement in order to care for $24,851.73 consisting of mortgage payments in forbearance due to the COVID-19 pandemic.

LLG# 19-280521

4. The Mortgage Servicer, Bank of America, N.A. ("Servicer"), has tendered to Debtor a document detailing the terms of proposed Partial Claims Note and Mortgage (the "Agreement"). A copy of the Agreement is attached to this motion as an Exhibit and is incorporated herein by this reference.

5. The terms of the proposed Agreement are as follows:

   a. The proposed additional principal balance of the loan is $165,782.37;

   b. The term of the Agreement before and after the modification has a maturity date of November 1, 2062;

   c. The monthly payment before the loan modification was $701.04 for Principal and Interest and $527.46 for escrow for a total payment amount of $1,228.50, and the initial monthly payment immediately after modification will be $1,075.69 for Principal and Interest and $542.75 for escrow for a total payment of $1,618.44.

   d. The applicable interest rate before the modification was 4.0% and under the Agreement is 7.375%;

   e. The Agreement does not include any future payment changes; and

   f. The modification agreement will result in a balloon payment due at the end of the loan. Movant is without information whether the Debtor intends to modify their Chapter 13 Plan.

6. The proposed Modification Agreement is beneficial to Debtor because it cures arrears derived from mortgage payments in not paid as a result of a forbearance granted during the COVID-19 pandemic without having to make up the payments until the maturity date.

LLG# 19-280521

WHEREFORE, for the foregoing reasons, Movant respectfully requests this Honorable Court to enter an order permitting Debtor to modify the current loan with Movant in accordance with the terms of the Promissory Note and Partial Claims Mortgage comprising the Modification Agreement, and for such other and further relief as the Court deems proper.

Date:  December 8, 2022                                   Respectfully submitted,


                                                          /s/Randa S Azzam
                                                          
                                                          William M. Savage, Esquire
                                                          Federal I.D. Bar No. 06335
                                                          Malcolm B. Savage, III, Esquire
                                                          Federal I.D. Bar No. 20300
                                                          Randa Azzam, Esquire
                                                          Federal I.D. Bar No. 22474
                                                          Gregory N. Britto, Esquire
                                                          Federal I.D. Bar No. 22531
                                                          LOGS Legal Group LLP
                                                          10021 Balls Ford Road, Suite 200
                                                          Manassas, VA 20109
                                                          (703) 261-7420
                                                          logsecf@logs.com

LLG# 19-280521

**NOTICE OF OPPORTUNITY TO REQUEST A HEARING
TO CREDITORS AND PARTIES IN INTEREST**

   You are notified of the filing of the foregoing Motion by the Secured Creditor requesting Court authority to modify the terms of an existing secured loan for real property.  Any interested party objecting to the loan modification must file an objection with the United States Bankruptcy Court for the District of Maryland within fourteen (14) days after the date of this motion.  You are further notified that unless an objection is filed, the Court may grant the motion without a hearing.

LLG# 19-280521

# CERTIFICATE OF SERVICE

I hereby certify that on the ___8th_____ day of __December_____, ___2022____ the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| James R. Logan | Debtor's Attorney |
| James R. Logan P.A. | |
| 2419 Maryland Avenue | |
| Baltimore, MD 21218 | |

| | |
|---|---|
| Timothy P. Branigan | Chapter 13 Trustee |
| 9891 Broken Land Parkway | |
| Suite 301 | |
| Columbia, MD 21046 | |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Gregory J. Casamento | Debtor(s) |
| 14218 Oxford Drive | |
| Laurel, MD 20707 | |

| | |
|---|---|
| Jennifer Lee Casamento | Co-Debtor(s) |
| 14218 Oxford Drive | |
| Laurel, MD 20707 | |

/s/Randa S Azzam
_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
LOGS LEGAL GROUP LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
logsecf@logs.com     16-260847

LLG# 19-280521