# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| GREGORY J. CASAMENTO, | : Case No. 21-1-6504-LSS |
| | : Chapter 13 |
| Debtor. | : |
| | : |

**TRUSTEE'S RESPONSE TO**
**MOTION TO MODIFY MORTGAGE LOAN**

Timothy P. Branigan, trustee in the above-captioned case, responds to the Motion for Authority to Modify etc. The Trustee does not oppose the relief requested. If the pre-petition mortgage arrears are to be wrapped into the new loan, the plan should be amended accordingly. Plan confirmation will be considered separately. The Debtor should file a new Schedule J to reflect the new circumstances.

Respectfully submitted,

December 12, 2022

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

- 2 -

**Certificate of Service**

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Randa Azzam, Esq.

I caused a copy of the foregoing to be sent on December 12, 2022 by first-class U.S. mail, postage prepaid to:

Gregory Casamento
14218 Oxford Drive
Laurel, MD  20707

                                                 /s/ Timothy P. Branigan
                                      Timothy P. Branigan (Fed. Bar No. 06295)