In the United States Bankruptcy Court
For the District of Maryland

In Re: Gregory J. Casamento                    Case No. 21-16504
                                               Chapter 13

     Debtor(s)

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

Now come the Debtor(s), Gregory J. Casamento, by his attorney, James R. Logan, and files his response to the Trustee's Motion to Dismiss. In response to that motion the Debtor states the following:

1. On October 15, 2021 the Debtor filed this current Chapter 13 bankruptcy.

2. On December 9, 2022, the Trustee filed a Motion to Dismiss for failure to make plan payments.

3. The Debtor has received a loan modification and the Order authorizing it was entered on December 12, 2022.

4. The Debtor is able to resume trustee payments and will file a motion to modify his confirmed plan.

    /s/ James R. Logan
James R. Logan, Attorney for the Debtor
2419 Maryland Avenue
Baltimore, MD 21218
(410) 243-1508

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing response was sent electronically via ECF to the following on December 28, 2022:

Timothy P. Branigan, Trustee; cmecf@chapter13maryland.com

    /s/ James R. Logan
James R. Logan