In the United States Bankruptcy Court
For the District of Maryland

In Re: Gregory J. Casamento　　　　　　　　　　Case No. 21-16504
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　Debtor(s)

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

## WITHDRAWL OF DOCUMENTS

　　Now comes the Debtor, Gregory J. Casamento, by his attorney, James R. Logan, and withdraws his Response to Trustee Motion to Dismiss filed on December 28, 2022 as Document No.: 48 and his Motion to modify filed on January 20, 2023 as Document No.: 51.

　　　　　　　　　　　　　　　　/S/ James R. Logan
　　　　　　　　　　　　　　　James R. Logan
　　　　　　　　　　　　　　　Attorney for the Debtor
　　　　　　　　　　　　　　　2419 Maryland Ave.
　　　　　　　　　　　　　　　Baltimore, MD 21218
　　　　　　　　　　　　　　　(410) 243-1508

## CERTIFICATE OF SERVICE

　　I HEREBY CERTIFY that a copy of the foregoing Withdrawal of Documents was served electronically via ECF on January 21, 2023 to the below listed parties:

　　Randa S Azzam　　logsecf@logs.com, logsecf@logs.com
　　Timothy P. Branigan　　cmecf@chapter13maryland.com

　　I HEREBY CERTIFY that a copy of the foregoing Withdrawal of Documents was served by first class mail postage prepaid on January 21, 2023 to the below listed parties:

　　Gregory J. Casamento |14218 Oxford Drive|Laurel, MD 20707
　　Attached Creditor Matrix

　　　　　　　　　　　　　　　　/S/ James R. Logan
　　　　　　　　　　　　　　　James R. Logan