# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **21–16504 – LSS**   Chapter: **13**

**Gregory J. Casamento**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 1/24/23.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 1/24/23

                                            Mark A. Neal, Clerk of Court
                                            by Deputy Clerk, Shannon McKenna
                                            301–344–3390

Form ntcdsm